# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                November 3, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02616-RPM

DAVID BARELA,                                          Donna E. Dell'Olio

    Plaintiff,

v.

NORTHROP GRUMMAN SYSTEMS CORPORATION,                  Patricia A. Fennelly

    Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**1:51 p.m.**     **Court in session.**

Court's preliminary remarks.

Court's statement regarding the issue of plaintiff 's technical competents to perform assigned duties and evaluators.

Ms. Fennelly answers questions asked by the Court regarding Mr. Martin and discovery.
Ms. Fennelly states Mr. Martin is now retired from Northrop Grumman Systems, Corp.

2:06 p.m.       Argument by Ms. Dell'Olio.
2:14 p.m.       Argument by Ms. Fennelly.

**ORDERED:**   **Mr. Martin and Laura Black's depositions shall be taken at the defendant's expense.**

2:24 p.m.       Further argument by Ms. Dell'Ollio.

**ORDERED:**   **Plaintiff's Motion to Compel and for Sanctions [15], is denied.**

    **Unopposed Motion to Modify Scheduling Order to Extend Expert Witness Deadline for Good Cause [16], is granted.**

**2:26 p.m.**     **Court in recess.**     Hearing concluded.  Total time: 35 min.