**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02616-RPM

**DAVID BARELA,**

      Plaintiff,

**v.**

**NORTHROP GRUMMAN SYSTEMS CORPORATION,**
**a Delaware corporation,**

      Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY
SCHEDULING ORDER FOR GOOD CAUSE**

Upon review of Plaintiff's Unopposed Motion to Modify Scheduling Order for Good Cause [24] filed January 12, 2012, it is

ORDERED that the motion is granted and discovery cut-off is extended from January 13, 2012 to and including April 13, 2012.

DATED:  January 13th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge