## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 10-cv-02616-RPM**

DAVID BARELA,

    Plaintiff,

v.

NORTHROP GRUMMAN SYSTEMS CORPORATION,
A Delaware corporation,

    Defendant.

_____

### ORDER GRANTING DEFENDANT'S UNOPPOSED
### MOTION TO MODIFY SCHEDULING ORDER
_____

    Upon review of Defendant's Unopposed Motion to Modify Scheduling Order for Good Cause [Docket No. 26], filed February 13, 2012,

    IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and the dispositive motion deadline in this action is extended from February 14, 2012 until and including May 14, 2012.

    DATED: February 14th, 2012.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              RICHARD P. MATSCH , SENIOR JUDGE