**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 10-cv-02616-RPM**

DAVID BARELA,

    Plaintiff,
v.

NORTHROP GRUMMAN SYSTEMS CORPORATION,
A Delaware corporation,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION TO MODIFY SCHEDULING ORDER**
_____

    Upon review of Plaintiff's Unopposed Motion to Modify Scheduling Order for Good Cause [Docket No. 28], filed April 9, 2012, it is

    ORDERED that Defendant's Motion is GRANTED, and the discovery cut-off date is extended to and including June 18, 2012.

    DATED: April 10th, 2012.

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge