# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 10-cv-02616-RPM-CBS**

DAVID BARELA,

    Plaintiff,

v.

NORTHROP GRUMMAN SYSTEMS CORPORATION,
A Delaware corporation,

    Defendant.

---

## ORDER

---

In accordance with the Stipulation of Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) dated September 20, 2012 filed by Plaintiff David Barela and Defendant Northrop Grumman Systems Corporation [No. 46], the Court hereby ORDERS this action dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 21st day of September, 2012.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch
                                            United States District Judge